IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.

Keith O. Thompson

CASE NO 08-9784-M-01

ORDER

NOW, on this 19th day of March, 2009 this matter comes on upon the motion of Counsel for the Government for an order dismissing the above captioned case without prejudice.

The Court after being fully advised that the Government wishes to close the case that said motion should be and that same is hereby granted.

IT IS THEREFORE ORDERED that the above captioned case be dismissed ~~with~~/without prejudice.

DWB

*Donald W. Bostwick*

U.S. Magistrate Judge

APPROVED:

MARIETTA PARKER
United States
Attorney

By: *Robin Graham*

Special Assistant U.S. Attorney